IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, | ) |
| Plaintiff, | ) 2:12-cv-01657-GEB-KJN |
| v. | ) ORDER CONTINUING STATUS |
| | ) (PRETRIAL SCHEDULING) |
| JOHN DOE, | ) CONFERENCE |
| Defendant. | ) |

Plaintiff's Status Report filed October 1, 2012, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on October 15, 2012, is continued to December 10, 2012, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

IT IS SO ORDERED.

Dated: October 10, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge