Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TREVOR NOORDMAN,<br><br>　　　　Defendant.<br>_____ | No. 2:12-CV-01657-GEB-KJN<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On November 27, 2012, Plaintiff filed a Motion for Administrative Relief for Leave to Continue Status (Pretrial Scheduling) Conference. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the case management currently scheduled for December 10, 2012, is continued to **Monday, January 28, 2013, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.**

**Date:  11/29/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28