Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, <br><br> Plaintiff, <br> v. <br><br> TREVOR NOORDMAN, <br><br> Defendant. | No. 2:12-cv-01657-GEB-KJN <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment.  Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

///

///

///

///

///

///

                                              Respectfully Submitted,

**DATED: February 8, 2013**

                                      By:      /s/  Brett L. Gibbs, Esq.

                                                     Brett L. Gibbs, Esq. (SBN 251000)
                                                     Of Counsel to Prenda Law Inc.
                                                     38 Miller Avenue, #263
                                                   Mill Valley, CA 94941
                                                   415-325-5900
                                                   blgibbs@wefightpiracy.com

                                                   *Attorney for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 8, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system,
and that a true and correct copy of the foregoing was sent via First-Class, postage prepaid to:

                                        Trevor Noordman
                                        1217 Nevada Avenue
                                        Los Banos, CA 93635-4038

                                        <u>/s/ Brett L. Gibbs, Esq.</u>
                                        Brett L. Gibbs, Esq.